640 A.2d 1150

COUNTY COMMISSIONERS OF QUEEN ANNE'S COUNTY

v.

HARRISON YACHT SALES, INC.

No. 156, Sept. Term, 1993.

Court of Appeals of Maryland.

May 12, 1994.

Christopher F. Drummond, Centreville, for petitioner.

S. Kennon Scott, Annapolis, for respondent.

**668**

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted 333 Md. 566, 636 A.2d 473 and heard, it is this 12th day of May, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.